UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G&G CLOSED CIRCUITS EVENTS, LLC,

        Plaintiff,

-against-

MARISOL ROSSI, SOLACE BAR & GRILL, INC.,

        Defendants.

**ORDER**

20 Civ. 3491 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The hearing currently scheduled for October 7, 2020 at 10:00 a.m. is adjourned to **October 7, 2020 at 3:00 p.m.** The initial pretrial conference currently scheduled for October 8, 2020 at 10:30 a.m. is adjourned sine die.

Dated: New York, New York
       October 5, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge