UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G&G CLOSED CIRCUITS EVENTS, LLC,

        Plaintiff,

-against-

MARISOL ROSSI, SOLACE BAR & GRILL, INC.,

        Defendants.

**ORDER**

20 Civ. 3491 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The hearing currently scheduled for October 7, 2020 at 3:00 p.m. is adjourned to **October 15, 2020 at 11:30 a.m.**

Dated: New York, New York
       October 6, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge