UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G&G CLOSED CIRCUIT EVENTS, LLC,

                    Plaintiffs,

        - against -

MARISOL ROSSI, individually and d/b/a
Solace Bar & Grill, and SOLACE BAR &
GRILL, an unknown business entity d/b/a
Solace Bar & Grill

                    Defendants.

**DEFAULT JUDGMENT**

20 Civ. 3491 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

           For the reasons explained at the October 15, 2020 hearing, Plaintiff's application

for a default judgment against Defendant Solace Bar & Grill is granted.  The Clerk of Court will

enter judgment against Solace Bar & Grill as follows:  $2,200 in statutory damages, $5,000 in

enhanced damages, and $686.52 in costs.  Post-judgment interest will accrue at the statutory rate

until the judgment is paid in full.  The Clerk of Court is directed not to close the case.

Dated: New York, New York
       November 6, 2020

                                SO ORDERED.

                                Paul G. Gardephe
                                United States District Judge