UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G&G CLOSED CIRCUIT EVENTS, LLC,

                Plaintiffs,

- against -

MARISOL ROSSI, individually and d/b/a Solace Bar & Grill, and SOLACE BAR & GRILL, an unknown business entity d/b/a Solace Bar & Grill

                Defendants.

**ORDER**

20 Civ. 3491 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons discussed at the October 15, 2020 hearing, Plaintiff's application for a default judgment against Defendant Marisol Rossi is denied.

Dated: New York, New York
       November 6, 2020

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge