UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G&G CLOSED CIRCUIT EVENTS, LLC,

                Plaintiffs,

- against -

MARISOL ROSSI, individually and d/b/a Solace Bar & Grill, and SOLACE BAR & GRILL, an unknown business entity d/b/a Solace Bar & Grill

                Defendants.

**ORDER**

20 Civ. 3491 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        This matter is stayed until February 11, 2021, to permit Defendant Marisol Rossi to retain counsel. In the event that Defendant Rossi does not retain counsel by February 11, 2021, she will proceed pro se.

        The next conference in this matter will take place on **February 11, 2021 at 10:30 a.m.** and will proceed telephonically. If Defendant Rossi has not retained counsel by that time, she is required to personally call-in to the conference. The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The Court is holding multiple telephone conferences on this date. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. Two days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court

knows which numbers to un-mute.  The email should include the case name and case number in the subject line.

        On or before **February 4, 2021**, the parties will submit a joint letter and proposed case management plan in accordance with this Court's Individual Rules.

        Chambers will mail a copy of this Order to Defendant Marisol Rossi.

Dated: New York, New York
      January 7, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge