UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G&G CLOSED CIRCUIT EVENTS, LLC,

                Plaintiffs,

- against -

MARISOL ROSSI, individually and d/b/a Solace Bar & Grill, and SOLACE BAR & GRILL, an unknown business entity d/b/a Solace Bar & Grill

                Defendants.

**ORDER**

20 Civ. 3491 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at yesterday's conference, Plaintiff G&G Closed Circuit Events, LLC will submit a letter by **April 22, 2021** addressing whether Plaintiff intends to proceed with discovery or will seek permission to file a motion for summary judgment.

        Chambers will mail a copy of this Order to Defendant Marisol Rossi.

Dated: New York, New York
       April 9, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge