UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G&G CLOSED CIRCUIT EVENTS, LLC,

                Plaintiffs,

      - against -

MARISOL ROSSI, individually and d/b/a Solace Bar & Grill, and SOLACE BAR & GRILL, an unknown business entity d/b/a Solace Bar & Grill

                Defendants.

**ORDER**

20 Civ. 3491 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On April 19, 2021, Plaintiff informed the Court that it "intend[ed] to take limited discovery in the form of Request for Admissions and Interrogatories to be served on Defendant [Marisol] Rossi," which it planned to serve on her by May 16, 2021. (Pltf. Ltr. (Dkt. No. 48)) There has been no activity on the docket since Plaintiff's April 19, 2021 letter. Plaintiff will submit a letter by **September 1, 2021** regarding the status of its discovery requests. A failure to respond to this Order will result in dismissal for a failure to prosecute.

Dated: New York, New York
       August 25, 2021

SO ORDERED.

_Paul Gardephe_

Paul G. Gardephe
United States District Judge